IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AARON LADD CHARLTON,

Defendant.

CR 26-08-M-WWM-JTJ

FINDINGS AND RECOMMENDATION

The Defendant, by oral and written consent, appeared before the undersigned pursuant to Fed. R. Crim. P. 11 and entered a plea of guilty to Count 3 of the Superseding Indictment which charges the Defendant with Distribution of Methamphetamine, in violation of Title 21 U.S.C. § 841(a)(1).

After examining the Defendant under oath, the Court finds that the Defendant's plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights and the extent to which such rights are waived by pleading guilty; and that there is a factual basis establishing each of the essential elements of the crime to which the Defendant plead guilty. The Court therefore recommends that the Defendant be adjudged guilty of Count 3 of the

Superseding Indictment and that sentence be imposed. A presentence report will be ordered.

DATED this 14th day of October 2026.

John Johnston
United States Magistrate Judge

**NOTICE**

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P. 59(b)(2).